1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    THURMAN LEROY SPENCER,              No.  2:13-cv-02108 DAD P

12              Plaintiff,

13         v.                             ORDER

14    S. PAINTER, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  However, the certificate portion of the request, which must be completed by

20    plaintiff's institution of incarceration, has not been filled out.  In addition, plaintiff has not filed a

21    certified copy of his prison trust account statement for the six month period immediately

22    preceding the filing of the complaint.  See 28 U.S.C. § 1915(a) (2).  Plaintiff will be provided the

23    opportunity to submit a completed in forma pauperis application and a certified copy in support of

24    his application.

25         In accordance with the above, IT IS HEREBY ORDERED that:

26         1.  Plaintiff's October 11, 2013 motion to proceed in forma pauperis (ECF No. 2) is

27    denied without prejudice;

28    /////

1

1    2.  Within thirty days from the date of this order, plaintiff shall submit a completed

2 affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

3 of Court, and a certified copy of his prison trust account statement for the six month period

4 immediately preceding the filing of the complaint.

5    3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

6 Forma Pauperis By a Prisoner; and

7    4.   Plaintiff's failure to comply with this order will result in a recommendation that this

8 action be dismissed without prejudice.

9 Dated:  October 21, 2013

10

11    _____

12    DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

13

14 DAD:kly/4
   spen2108.3c+new

15

16

17

18

19

20

21

22

23

24

25

26

27

28