UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER, | No. 2:13-cv-02108 DAD P |
| Plaintiff, | |
| v. | ORDER |
| S. PAINTER, et al., | |
| Defendants. | |

On October 22, 2013, the court ordered plaintiff to submit a new application for leave to proceed in forma pauperis and a certified copy of his prison trust account statement. On November 26, 2013, plaintiff filed a letter with the court explaining that he had submitted the in forma pauperis application form to the accounting office at his place of confinement; however, as of November 13, 2013, he had not received any response. The court will construe plaintiff's letter as a request for an extension of time and provide plaintiff with an additional thirty days in order to submit the required documents. Failure to comply with the court's order will result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 26, 2013 letter, construed as a request for an extension of time (ECF No. 7) is granted; and

/////

1      2.  Plaintiff is granted thirty days from the date of this order in which to submit his
2  completed affidavit in support of his request to proceed in forma pauperis and a certified copy of
3  his prison trust account statement for the six month period immediately preceding the filing of the
4  complaint.  Failure to comply with this order will result in the dismissal of this action.
5  Dated:  December 3, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
spen2108.36ifp