1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THURMAN LEROY SPENCER,                      No.  2:13-cv-02108 DAD P

12              Plaintiff,

13        v.                                     ORDER

14   S. PAINTER, et al.,

15              Defendants.

16

17        On October 22, 2013, the court ordered plaintiff to submit a new application for leave to

18   proceed in forma pauperis and a certified copy of his prison trust account statement.  On

19   November 26, 2013, plaintiff filed a letter with the court explaining that he had submitted the in

20   forma pauperis application form to the accounting office at his place of confinement; however, as

21   of November 13, 2013, he had not received any response.  The court will construe plaintiff's letter

22   as a request for an extension of time and provide plaintiff with an additional thirty days in order

23   to submit the required documents.  Failure to comply with the court's order will result in the

24   dismissal of this action.

25        Accordingly, IT IS HEREBY ORDERED that:

26        1.  Plaintiff's November 26, 2013 letter, construed as a request for an extension of time

27   (ECF No. 7) is granted; and

28   /////

1    2.  Plaintiff is granted thirty days from the date of this order in which to submit his

2  completed affidavit in support of his request to proceed in forma pauperis and a certified copy of

3  his prison trust account statement for the six month period immediately preceding the filing of the

4  complaint.  Failure to comply with this order will result in the dismissal of this action.

5  Dated:  December 3, 2013

6

7  _Dale A. Drozd_
   DALE A. DROZD
8  UNITED STATES MAGISTRATE JUDGE

   DAD:4
   spen2108.36ifp
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2