UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>S. PAINTER, et al.,<br><br>Defendants. | No. 2:13-cv-02108 DAD P<br><br><br><br>ORDER |

On December 4, 2013, plaintiff was granted a thirty-day extension of time to submit a new application for leave to proceed in forma pauperis and a certified copy of his prison trust account statement. On December 31, 2013, plaintiff filed a letter with the court concerning problems in receiving his mail, transfers, and access to his legal property. The court has construed plaintiff's letter as requesting a second extension of time and will grant that request. However, no further extension of time will be granted for this purpose.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 31, 2013 letter construed as a request for an extension of time (ECF No. 9) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file submit a new application for leave to proceed in forma pauperis and a certified copy of his prison trust account statement;

1

3. The Clerk of the Court is directed to provide plaintiff with the court's application for leave to proceed in forma pauperis by a state prisoner; and

4. No further extensions of time will be granted for this purpose.

Dated: January 13, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
spen2108.36sec

2