UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>S. PAINTER, et al.,<br><br>Defendants. | No. 2:13-cv-2108 KJM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner previously proceeding with the above-captioned case under 42 U.S.C. § 1983. This case, in which plaintiff appeared to allege claims regarding his medical care at California State Prison-Sacramento ("CSP-Sac"), was dismissed without prejudice on January 7, 2016 for plaintiff's failure to comply with court orders. (See ECF Nos. 39, 44.)

On February 12, 2018, plaintiff filed a letter in this case. He claims he is in "imminent danger" based on being assaulted twice and threatened by two officers at Kern Valley State Prison ("KVSP"), where he is currently incarcerated. (ECF No. 46.) Plaintiff states that he is unable to proceed with his claims based on these events.

Plaintiff is advised that if he feels his constitutional rights are being violated at KVSP, he should comply with the prison's administrative grievance procedures. Once he has exhausted those procedures, he may seek relief from the federal court. However, KVSP is located in Kern County, which is part of the Fresno Division of this court. See Local Rule 120(d). Therefore,

1

any complaint plaintiff may wish to file regarding events that occurred at KVSP should be filed in that division. The address for the Fresno Division of the United States District Court for the Eastern District of California is 2500 Tulare St., Fresno, CA 93721.

If plaintiff wishes to proceed on the claims about his medical care at CSP-Sac, he must file a new case here. The above-captioned case is closed. Plaintiff may not file any further documents in this case.

Because the court is concerned about plaintiff's allegations that he is at risk of harm at KVSP, the Clerk of the Court is HEREBY ORDERED to serve a copy of this order on the Litigation Coordinator at KVSP.

Dated: February 15, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/spen2108.letter